

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2018

No. 04-18-00168-CV

**IN THE INTEREST OF J.A.B.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02092
Honorable Martha Tanner, Judge Presiding

## ORDER SUBMITTING CAUSE FOR REHEARING EN BANC

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice (dissenting)
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

A majority of the en banc court orders en banc rehearing of the panel's opinion and judgment. *See* Tex. R. App. P. 49.7. Accordingly, "the panel's judgment . . . [will] not become final, and the case will be resubmitted to the court for en banc review and disposition." *Id.*

It is so **ORDERED** on October 1, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court